HILARY POTASHNER (No. 167060)
Acting Federal Public Defender
RAUL_AYALA (No. 102441)
Deputy Federal Public Defender
Raul_Ayala@fd.org
Office of the Federal Public Defender
321 East Second Street
Los Angeles, California 90012-4202
Telephone (213) 894-7331
Facsimile (213) 894-0081

Attorneys for Defendant
WILLIE JAMES HARRIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE JAMES HARRIS,<br><br>Defendant. | CR NO. SA CR 92-17-JVS<br><br>ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's Motion for Early Termination of Supervised Release be GRANTED effective April 6, 2015.

DATED: April 8, 2015       By _/s/ James V. Selna_____
                              HON. JAMES V. SELNA
                              United States District Judge

Presented by:

 _/s/ Raul Ayala_____
RAUL AYALA
Deputy Federal Public Defender